Sylvester Adams and Robert Brodzinski, appellees, v. Edward Zeutschel, appellant. Gen. No. 38,266.

Opinion filed April 22, 1936.

John W. Browning, for appellant. Peden, Melaniphy, Ryan & Andreas, for appellees.

Mr. Justice Hebel delivered the opinion of the court.

Wiley Hitchcock, appellee, v. Winifred Hitchcock, appellant. Gen. No. 38,292.

Opinion filed April 22, 1936. Rehearing denied May 5, 1936.

Roy S. Gaskill, for appellant. John E. Groves, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

In re Petition of Fred Holy, appellee, v. Winifred Hitchcock, appellant. Gen. No. 38,293.

Opinion filed April 22, 1936.

Roy S. Gaskill, for appellant. Fred Holy, *pro se.*

Mr. Justice Hebel delivered the opinion of the court.